

# Supreme Court of Missouri

## en banc
June 10, 2010

In re: G. Richard Fox,  )
 ) Supreme Court No. SC90910
Respondent.  ) MBE No. 20120

### ORDER

WHEREAS, the Chief Disciplinary Counsel has filed an information informing the Court that Respondent, George Richard Fox, has pleaded guilty to one felony count of violation of Title 18 U.S.C. sections 2252(a)(5)(B) in United States District Court for the Eastern District of Missouri in Case No.#4:09-CR-00500-JCH entitled United States of America, Plaintiff, vs. George Richard Fox, Defendant, and said conviction is now final;

The Court finds that Respondent is guilty of professional misconduct and should be disciplined;

Now, therefore, it is ordered by the Court that the said G. Richard Fox, be, and he is hereby disbarred, that his right and license to practice law in the State of Missouri is canceled and that his name be stricken from the roll of attorneys in this State.

It is further ordered that the said G. Richard Fox, comply in all respects with 5.27 - Notification of Clients and Counsel.

Fee pursuant to Rule 5.19(h) in the amount of $2000.00 payable to the Clerk of this Court to the credit of the Advisory Committee Fund taxed to Respondent.

Costs taxed to Respondent.

Day - to - Day

Zel M. Fischer
Acting Chief Justice

STATE OF MISSOURI – SCT.:

    *I, THOMAS F. SIMON, Clerk of the Supreme Court of Missouri, do hereby certify that the foregoing is a true copy of the order of said court, entered on the 10th day of June, 2010, as fully as the same appears of record in my office.*

    **IN TESTIMONY WHEREOF,** *I have hereunto set my hand and affixed the seal of said Supreme Court. Done at office in the City of Jefferson, State aforesaid, this 10th day of June, 2010.*

_____, Clerk

_____, D.C.