UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN THE MATTER OF: )
)
GEORGE RICHARD FOX ) 4:10 MC 213 CDP
)

## ORDER

This Court has been advised by receipt of a certified copy of the March 23, 2010 order of the Supreme Court of Missouri, entered in **In re: George Richard Fox**, Cause No. 90733, indicating that George Richard Fox has been suspended from the practice of law by the Supreme Court of Missouri.

George Richard Fox has been admitted to practice before this Court. In accordance with Local Rule 12.02 and the Rules of Disciplinary Enforcement, this Court issued its order dated April 15, 2010 directing George Richard Fox to show cause in writing within thirty days after service of that order why the identical discipline prescribed by the Supreme Court of Missouri should not be imposed by this Court. The order was served personally on the Respondent on May 12, 2010. Respondent has failed to file a response within the time set by the Court's order. This Court therefore finds that the identical discipline ordered by the Supreme Court of Missouri should be imposed on George Richard Fox pursuant to the rules of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that George Richard Fox be suspended from the roll of attorneys authorized to practice law in the United States District Court for the Eastern District of Missouri.

Dated this 23rd day of July, 2010.

BY THE COURT:

_____
Chief Judge Catherine D. Perry

_____
Judge Jean C. Hamilton

_____
Judge Carol E. Jackson

_____
Judge Rodney W. Sippel

_____
Judge Henry E. Autrey

_____
Judge Stephen N. Limbaugh, Jr.

_____
Judge Audrey G. Fleissig

_____
Senior Judge Donald J. Stohr

_____
Senior Judge E. Richard Webber

_____
Senior Judge Charles A. Shaw